■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG A. DAVIS, Appellant. [671 NYS2d 669] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Marlow, J.), rendered March 20, 1997, convicting him of burglary in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt is not preserved for appellate review (*see,* CPL 470.05 [2]; *People v Griffin,* 247 AD2d 550). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, are without merit or do not require reversal. Bracken, J. P., O'Brien, Santucci and Altman, JJ., concur.